DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE LUIS ANDRADE-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-0433 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE; ORDER |
| v. | ) |
| | ) Date: March 26, 2012 |
| JOSE LUIS ANDRADE-TORRES, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 12, 2012, **may be continued to March 26, 2012 at 9:00 a.m.**

This reason for the continuance is allow defense counsel more time for further plea negotiations and investigation regarding derivative citizenship. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice, including but not limited to, the need for the period of time set forth herein for effective defense
3 preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

                                                    BENJAMIN WAGNER
                                                    United States Attorney

DATED: March 5, 2012                     By:   /s/ *Ian Garriques*
                                                      IAN GARRIQUES
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

                                                       DANIEL J. BRODERICK
                                                        Federal Defender

DATED: March 5, 2012                     By:   /s/ *Ann H. Voris*
                                                       ANN H. VORIS
                                                       Assistant Federal Defender
                                                       Attorney for Defendant
                                                       Jose Luis Andrade-Torres

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   March 8, 2012

                                                   CHIEF UNITED STATES DISTRICT JUDGE