DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE LUIS ANDRADE-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-0433 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) |
| JOSE LUIS ANDRADE-TORRES, | ) Date: May 14, 2012<br>) Time: 10:00 a.m.<br>) Judge: Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 2, 2012, **may be continued to May 14, 2012 at 10:00 a.m.**

The reason for the continuance is permit defense counsel additional time to review the offer with Mr. Andrade-Torres before signing. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice, including but not limited to, the need for the period of time set forth herein for effective defense
3 preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

```
                                              BENJAMIN WAGNER
                                              United States Attorney


DATED:  March 29, 2012          By:    /s/ Ian Garriques
                                       IAN GARRIQUES
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Defender


DATED:  March 29, 2012          By:    /s/ Ann H. Voris
                                       ANN H. VORIS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       Jose Luis Andrade-Torres
```

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   March 29, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE