BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED

MAY 11 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 01:11-CR-00433-AWI |
| Plaintiff, | MOTION AND ORDER TO DISMISS INDICTMENT |
| v. | |
| JOSE LUIS ANDRADE-TORRES aka Jose Luis Campos, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby moves to dismiss the indictment in this case without prejudice in the interest of justice.

DATED: May 11, 2012

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice. And the defendant is to be released forthwith

DATED: 5-11-12                                  /s/ [signature]
                                            UNITED STATES DISTRICT JUDGE